IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:21-CR-010 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| STEVEN ISAACS, | : | 18 U.S.C. § 641 |
| | : | 18 U.S.C. § 1382 |
| Defendant | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. § 641)

From exact dates unknown, but beginning on or about May 1, 2019 and continuing until on or about February 15, 2020, in the Southern District of Ohio, the Defendant, **STEVEN ISAACS**, did knowingly embezzle, steal, and purloin a thing of value of the United States, that is: property of the United States Air Force.

In violation of 18 U.S.C. § 641.

### COUNT 2

(18 U.S.C. § 641)

On or about May 10, 2020, in the Southern District of Ohio, the Defendant, **STEVEN ISAACS**, did knowingly embezzle, steal, and purloin a thing of value of the United States, that is: property of the United States Air Force.

In violation of 18 U.S.C. § 641.

## COUNT 3

(18 U.S.C. § 1382)

On or about May 10, 2020, in the Southern District of Ohio, within the jurisdiction of the United States, the Defendant, **STEVEN ISAACS**, did go upon Wright-Patterson Air Force Base, a military installation, for a purpose prohibited by law and lawful regulation.

In violation of 18 U.S.C. § 1382.

DAVID M. DEVILLERS
United States Attorney

JULIENNE MCCAMMON
Special Assistant United States Attorney